IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BILLINGNETWORK PATENT, INC.,

    Plaintiff,

vs.                                                                   No. 1:20-cv-01254-KWR-SCY

MY PRACTICE NOW, LLC,

    Defendant.

## DEFAULT JUDGMENT

**THIS MATTER** comes before the Court following orders granting in part Plaintiff's motion for default judgment against Defendants My Practice Now, LLC. Following an evidentiary hearing, the Court awarded nominal damages of $1.00. For the reasons stated in the Court's prior orders,

**IT IS ORDERED, ADJUDGED, AND DECREED** that default judgment is entered in favor of Plaintiff Billingnetwork Patent, Inc., against Defendant My Practice Now, LLC, in the nominal amount of $1.00. This is a final judgment because it disposes of all remaining claims and issues before the Court.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**